UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILBERT REESE AND MARCO ODDS,<br><br>Plaintiffs,<br><br>v.<br><br>GREAT WEST CASUALTY COMPANY, MILLER TRANSPORTATION SERVICES, INC., and LEROY CALDWELL,<br><br>Defendant. | Case No. 2:19-CV-01468-GMN-EJY<br><br>**ORDER** |

Before the Court is the Motion to Quash FRCP 30(b)(6) Deposition Subpoena, to Quash or Modify the Deposition Production Request, and for a Protective Order under FRCP 26(c) filed by Non-Parties Medport LA, LLC ("Medport LA") and Medport Billing, LLC ("Medport Billing").[1] ECF No. 1. Medport's Motion was filed on August 22, 2019. As of the date of this Order no response to Medport's Motion has been filed by any of the parties to this dispute.

United States District Court for the District of Nevada, Local Rule 7-2(d) states: "The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."

Accordingly,

IT IS HEREBY ORDERED that ECF No. 1, Non-Parties Medport LA, LLC and Medport Billing, LLC's Motion to Quash FRCP 30(b)(6) Deposition Subpoena, to Quash or Modify the Deposition Production Requests, and for a Protective Order under FRCP 26(c), is GRANTED as follows: The Subpoena to Testify in a Civil Action issued to Medport LA, LLC and/or Medport Billing, LLC, together with documents to be produced pursuant to Exhibit A to the Subpoena, issued collectively by Defendants is quashed.

---

[1] Medport LA and Medport Billing are collectively referred to herein as "Medport."

1

IT IS FURTHER ORDERED that the request for a protective order is not decided by the Court as it is rendered moot.

DATED: September 18, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE