UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILBERT REESE AND MARCO ODDS,<br><br>Plaintiffs,<br><br>v.<br><br>GREAT WEST CASUALTY COMPANY, MILLER TRANSPORTATION SERVICES, INC., and LEROY CALDWELL,<br><br>Defendant. | Case No. 2:19-CV-01468-GMN-EJY<br><br>**ORDER** |

Before the Court is the Joint Emergency Motion to Stay Proceedings in Light of Stay of Case Issued by the United States District Court for the Eastern District of Louisiana (the "Joint Motion"). ECF No. 19.

The Court having considered the Joint Motion and good cause appearing,

IT IS HEREBY ORDERED that the Joint Motion (ECF No. 19) is GRANTED.

IT IS FURTHER ORDERED that the hearing set for December 5, 2019 at 10:00 a.m. is VACATED.

IT IS FURTHER ORDERED that this case is stayed pursuant to the December 2, 2019 Order issued by the U.S. District Court of the Eastern District of Louisiana, staying the underlying case.

IT IS FURTHER ORDERED that the parties shall file a joint status report 60 days from the date of this Order, providing an update on the underlying matter.

DATED: December 3, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1