1  MARISA GUARINO STEARNS
   Nevada Bar No. 5975
2  6325 South Jones Boulevard, Suite 400
   Las Vegas, Nevada 89118
3  Telephone: 702.489.5687
   Facsimile: 702.960.4075
4  Marisa@Movedocs.com

5  *Attorneys for Non-Parties*
   MEDPORT LA, LLC and
6  MEDPORT BILLING, LLC

7                              UNITED STATES DISTRICT COURT

8                                    DISTRICT OF NEVADA

| | |
|---|---|
| WILBERT REESE AND MARKCO ODDS,<br><br>Plaintiffs,<br><br>vs.<br><br>GREAT WEST CASUALTY COMPANY, MILLER TRANSPORTATION SERVICES, INC., AND LEROY CALDWELL,<br><br>Defendants. | Case No. 2:19-cv-01468-GMN-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING** |

It is hereby stipulated and agreed to between Non-Parties Medport LA, LLC ("Medport LA") and Medport Billing, LLC ("Medport Billing") (collectively "Medport"), and Defendants Great West Casualty Company, Miller Transportation Services, Inc., and Leroy Caldwell (collectively "Defendants"), by and through their counsel, that the Status Hearing, set for February 21, 2020 at 10:00 a.m., be continued to a date and time convenient for the Court's calendar.

The reason for this request is as follows: counsel for Medport, Marisa G. Stearns, Esq., is unavailable during the week of February 17, 2020 through February 21, 2020 due to pre-arranged travel plans out of the state. Therefore, Medport requests that the status hearing be continued. Defendants do not oppose this request.

Both Medport and Defendants are available for the status hearing during the following dates/times:

Week of February 10, 2020:
- Monday, 2/10/20: All day;
- Tuesday, 2/11/20: All day;
- Wednesday, 2/12/20: All day;
- Thursday, 2/13/20: Morning only; and
- Friday, 2/14/20: All day.

Week of February 24, 2020:
- Monday through Wednesday: counsel for Medport is unavailable due to Jury Duty, with a current reporting date of 2/24/20 at 8:00 a.m.
- Thursday, 2/27/20: Afternoon only; and
- Friday, 2/28/20: All day.

Week of March 9, 2020:
- Monday, 3/9/20: All day;
- Tuesday, 3/10/20: Afternoon only;
- Wednesday, 3/11/20: All day;
- Thursday, 3/12/20: All day; and
- Friday, 3/13/20: All day.

IT IS SO STIPULATED.

DATED this 4th day of February, 2020.

**IT IS HEREBY ORDERED that the Status Hearing currently set for February 21, 2020 at 10:00 a.m. is hereby VACATED and rescheduled to February 12, 2020 at 11:00 a.m. in Courtroom 3B.**

/s/ *Marisa Guarino Stearns*
**MARISA GUARINO STEARNS, ESQ.**
6325 S. Jones Blvd., Suite 400
Las Vegas, NV 89118
*Attorneys for Non-Parties* MEDPORT LA, LLC and MEDPORT BILLING, LLC

and

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

/s/ *Keith B. Gibson*
**KEITH B. GIBSON, ESQ.**
1100 E. Bridger Avenue
Las Vegas, NV 89101
*Attorneys for* Defendants

_____
**UNITED STATES MAGISTRATE JUDGE**

**Dated: February 5, 2020**